# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Troy Mantle

v.

Mike Cruise

Case No. Civil 00-1689DSD/JMM

JUDGMENT IN A CIVIL CASE

---

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action be dismissed without prejudice pursuant to Fed.R.Civ.P.41(a).

DATE: September 11, 2000

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk